UNITED STATES of America,
Appellee,

v.

Kelvin SETTLE, Appellant.

No. 03–1339.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 28, 2003.

Decided Dec. 3, 2003.

Kenneth R. Tihen, Assistant U.S. Atty.,
Kenneth R. Tihen, Assistant U.S. Atty.,
U.S. Attorney's Office, St. Louis, MO, for
Plaintiff–Appellee.

Kelvin Settle, pro se, Millington, TN, for
Defendant–Appellant.

Before WOLLMAN, FAGG, and
MORRIS SHEPPARD ARNOLD, Circuit
Judges.

PER CURIAM.

Kelvin Settle, a federal prisoner, appeals
the district court's* order denying Settle's
18 U.S.C. § 3582(c)(2) sentence-reduction
motion in which he sought retroactive ap-
plication of Amendments 624 and 640 un-
der U.S.S.G. § 1B1.10. On appeal, Settle

* The Honorable Catherine D. Perry, United
States District Judge for the Eastern District
of Missouri.

also asks this court to take notice of Amendment 599. Having carefully reviewed the record, we conclude the district court did not commit error. A court may not grant a section 3582(c)(2) motion unless a reduction would be consistent with the applicable policy statements found in U.S.S.G. § 1B1.10, and section 1B1.10 does not permit retroactive application of Amendments 624 and 640 in a section 3582(c)(2) proceeding. *Cf. United States v. Dowty*, 996 F.2d 937, 938–39 (8th Cir.1993) (per curiam) (amendment to U.S.S.G. § 3E1.1(b) could not be applied retroactively in § 3582(c)(2) proceeding when amendment was not listed in § 1B1.10(c)). Amendment 599 does not help Settle because it deals with relevant conduct in cases where the defendant is charged with a separate weapon offense, which did not occur in Settle's case.

We affirm the district court and deny Settle's pending motions.